IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| VONQUEZ AJ GARLAND | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 7:12-CV-11 (HL) |
| Sheriff CHRIS PRINE, *et al.* | : | |
| Defendants | : | **ORDER** |

On January 13, 2012, Plaintiff **VONQUEZ AJ GARLAND**, a pretrial detainee at the Lowndes County Jail in Valdosta, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

On February 3, 2012, the Court ordered Plaintiff to supplement his complaint. Plaintiff was given until February 17, 2012 to comply with this Order. However, Plaintiff has failed to respond to the February 3, 2012 Order.

Additionally, the Court notes that mail sent to Plaintiff has been returned as undeliverable. It appears that Plaintiff has been released from the Lowndes County Jail. However, he has not provided the Court with his current address.

Because of his failure to comply with the Court's instructions, Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 22nd day of February, 2012.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb